<b>United States District Court</b><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. ROCHESTER, ) | No. C 08-04747 JW (PR) |
| Plaintiff, ) | |
| vs. ) | ORDER DIRECTING PLAINTIFF TO COMPLY WITH RULES OF SERVICE |
| LINDA ROWE, et al., ) | |
| Defendants. ) | |
| ) | (Docket No. 35) |

Plaintiff, a California inmate at the Pelican Bay State Prison ("PBSP") in Crescent City, has filed a <u>pro se</u> civil rights action under 42 U.S.C. § 1983 against PBSP officials. The Court found three cognizable claims and ordered service upon Defendants. Plaintiff received a letter from the deputy attorney general of the State Attorney General's office, stating that she was representing one of the defendants in this action, and that copies of all pleadings, motions and other documents that are to be served on defendant must be served upon her. (<u>See</u> Docket No. 35.) Plaintiff is directed to comply thereto in accordance with Federal Rule of Civil Procedure 5(b)(1).

DATED: June 1, 2009

/s/ James Ware
JAMES WARE
United States District Judge

Order Directing P to Comply with Rules of Service
P:\PRO-SE\SJ.JW\CR.08\Rochester04747_motion.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL S. ROCHESTER,<br><br>  Plaintiff,<br><br> v.<br><br>M.D. LINDA ROWE, et al.,<br><br>  Defendants. | Case Number: CV08-04747 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on    6/8/2009   , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Shawn Rochester T-23492
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532


Dated:    6/8/2009

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk