*E-Filed 11/10/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL SHAWN ROCHESTER, | No. C 08-4747 RS |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| LINDA ROWE, et al., | |
| Defendants. | |

## BACKGROUND

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. The complaint was dismissed with leave to amend within 60 days from the date the order of dismissal was filed. Over 60 days have passed since that time, and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED without prejudice. The Clerk shall enter judgment in favor defendants, and close the file.

**IT IS SO ORDERED**.

DATED: November 10, 2010

RICHARD SEEBORG
United States District Judge

No. C 08-4747 RS (PR)
ORDER OF DISMISSAL